# UNITED STATES DISTRICT COURT
## District of Minnesota

Paul Gunderson,

                        **JUDGMENT IN A CIVIL CASE**

        Plaintiff,

v.

                        Case Number:  14-cv-223 (PJS/HB)

BNSF Railway Company,

        Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's Motion to for summary judgment [ECF NO. 45] is GRANTED.

2. Plaintiff's complaint [ECF No. 1] is DISMISSED WITH PREJUDICE AND ON THE MERITS.

Date: July 28, 2015

                                                 RICHARD D. SLETTEN, CLERK

                                                           s/April Murch

                                      (By)               April Murch, Deputy Clerk