IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| PAUL GUNDERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 14-CV-00223 |
| | § | PJS/HB |
| BNSF RAILWAY COMPANY, | § | Case Type: FRSA |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(a)(1) and 4(a), notice is hereby given that Paul Gunderson, the plaintiff in the above-named case, by and through his undersigned attorneys, hereby appeals to the United States Court of Appeals for the Eighth Circuit. The above-named party appeals from the Order of the United States District Court for the District of Minnesota, the Honorable Patrick J. Schiltz, presiding (Docket No. 59), filed on July 28, 2015, granting Defendant BNSF's motion for summary judgment and dismissing Plaintiff's claims brought pursuant to the Federal Rail Safety Act, 49 U.S.C. § 20101, *et seq*.

**BREMSETH LAW FIRM, P.C.**

Dated: August 27, 2015  By: s/Fredric A. Bremseth
Fredric A. Bremseth (MSBA #11149)
Christopher J. Moreland (MSBA #0278142)
601 Carlson Parkway, Suite 995
Minnetonka, Minnesota 55305
Telephone: (952) 475-2800
Facsimile:  (952) 475-3879
Email: fbremseth@bremseth.com
Email: cmoreland@bremseth.com

and

**TELLO LAW FIRM**
Michael P. McReynolds (MSBA #154374)
2150 Third Avenue North, Suite 10
Anoka, Minnesota 55303
Telephone: (763) 427-0159
Facsimile: (763) 427-2867
Email: mmcreynolds@tellolegal.com

*Counsel for Plaintiff Paul Gunderson*