UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Paul Gunderson,

    Plaintiff(s),

-vs-                                                   Civ. 14-223 (PJS/HB)

BNSF Railway Company,

    Defendant(s).

## COST JUDGMENT

The costs of the Defendant, BNSF Railway Company, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Paul Gunderson, as follows:

|  | Claimed | Allowed |
|---|---|---|
| Fees for transcripts | $101.70 | $101.70 |
| Costs as shown on Mandate | $370.20 | $370.20 |
| Total | $471.90 | $471.90 |

Costs, therefore, are taxed against Plaintiff, Paul Gunderson, in the amount of $471.90 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 14 days hereafter in accordance with Local Rule 54.3(c).

Dated at Minneapolis, Minnesota, this 27th day of June, 2017.

                                                      RICHARD D. SLETTEN, CLERK

                                                      By: s/ T. Pepin

                                                      T. Pepin
                                                      Deputy Clerk